Senate II.4.

# FINANCIAL DISCLOSURE REPORT
## NOMINATION

101-194, November 30, 1989
(5 U.S.C.A. App. 6, 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lemmon, Mary A. | U.S. District Court, Louisiana | 12/20/95 |

| 4. Title (Article III judge indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge Nominee | X Nomination, Date 12/19/95 ___ Initial ___ Annual ___ Final | 01/01/94 - 12/20/95 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Courthouse 500 Camp Street New Orleans, LA 70130 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

| | |
|---|---|
| Vice-president/secretary | St. Charles Properties, Inc. |
| President | Irma-Jim Corporation |
| General Partner | Mary Ann Vial, wife of and Harry T. Lemmon. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☐ NONE (No reportable agreements)

| 1996 | As of 2/15/96 I will be eligible for early retirement in the Louisiana State Employees Retirement System for state judges. |
|---|---|

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours; not spouse's) |
|---|---|---|

☐ NONE (No reportable non-investment income)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| 1995 | Salary-State District Judge | $ 84300.00 |
| 1995 | Salary-Supreme Court of Louisiana (S) | $ 112300.00 |
| 1995 | Exececutrix fee: Succ. of James P. Vial, Jr. | $ 25000.00 |
| 1994 | Salary-State district judge | $ 73646.00 |
| 1994 | Salary-Supreme Court of Louisiana (S) | $ 104629.00 |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Lemmon, Mary A. | Date of Report<br>12/20/95 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements or gifts) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☐ NONE (No such reportable gifts) | | |
| 1 | Exempt | | $ 0.00 |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☒ NONE (No reportable liabilities) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |

* VALUE CODES: J = $15,000 or less    K = $15,001 - $50,000    L = $50,001 - $100,000    M = $100,001 to $250,000
N = $250,001 - $500,000    O = $500,001 - $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Lemmon, Mary A. | Date of Report<br>12/20/95 |
|---|---|---|

**VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions** (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value2<br>Code<br>(J-P) | (2)<br>Value<br>Method3<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date<br>Month-<br>Day | (3)<br>Value2<br>Code<br>(J-P) | (4)<br>Gain1<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐   **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1   (J) First Nat'l Bank of<br>St Charles-IRA Act. 8904487 (X) | A | Intere | J | T | Exempt | | | | Exempt |
| 2   (J) First Nat'l Bank of<br>St Charles IRA Act. 8904480 (X) | A | Intere | J | T | Exempt | | | | Exempt |
| 3   (J) First American Bank IRA<br>Act. 89100613 (X) | A | Intere | K | T | Exempt | | | | Exempt |
| 4   (J) First American Bank IRA<br>Act. 89100602 (X) | A | Intere | K | T | Exempt | | | | Exempt |
| 5   Edward D. Jones, Tax Free<br>money market 0142-0653-1-0 (X) | B | Intere | M | T | Exempt | | | | Exempt |
| 6   BRAZOS RIVER AUTH TEX PCR COLL<br>TEX UTILS ELEC CO PJ-A B/E | B | Intere | K | T | Exempt | | | | Exempt |
| 7   HOUMA LA UTILS REV FGIC BOOK<br>ENTRY | B | Intere | K | T | Exempt | | | | Exempt |
| 8   JEFFERSON LA SALES TAX DIST<br>SPL SALES TAX REV RFDG-B-FGIC | B | Intere | K | T | Exempt | | | | Exempt |
| 9   KENNER LA SALES TAX REV RFDG<br>FGIC DTD | B | Intere | K | T | Exempt | | | | Exempt |
| 10   LOUISIANA PUB FACS AU HOSP REV<br>OUR LADY LOURDES REGL MED MB1 | B | Intere | K | T | Exempt | | | | Exempt |
| 11   LOUISIANA PUB FACS AU HSP RV<br>REF WOMANS HSP FNDTN FGIC B/E | B | Intere | K | T | Exempt | | | | Exempt |
| 12   MATANUSKA SUSITNA BORO ALASKA<br>B/O SER A MBIA-BOOK ENTRY | B | Intere | K | T | Exempt | | | | Exempt |
| 13   WASHINGTON ST HLTH CARE FACAU<br>RV GROUP HLTH COOP PUGETSOUND | B | Intere | K | T | Exempt | | | | Exempt |
| 14   LOUISIANA ST. UNIV & AGRIC &<br>MECHNICAL CLGE UNIV REVS AGR | C | Intere | L | T | Exempt | | | | Exempt |
| 15   LOUISIANA STAD AND EXPO DIST<br>HOTEL OCCUPANCY TAX & STAD REV | C | Intere | L | T | Exempt | | | | Exempt |
| 16   SAINT CHARLES PAR LA ENVIRONTL<br>IMPT REV LA PUBALT CO PJ-SER B | C | Intere | L | T | Exempt | | | | Exempt |
| 17   TANGIPAHOA PARISH LA HOSP SVC<br>DIST #1 HOSP REV MBAC | C | Intere | L | T | Exempt | | | | Exempt |
| 18   Sale of shares of stock in<br>Barrow St. Corp. New York, NY | D | Distri | | | Exempt | | | | Exempt |
| 1   Income/Gain Codes:<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to $5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 | | | | | |
| 2   Value Codes:<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 | | | | | |
| 3   Value Method Codes:<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market | | | | | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Lemmon, Mary A. | Date of Report<br>12/20/95 |
|---|---|---|

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amt. 1<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.<br>div.,<br>rent or<br>int.) | (1)<br><br>Value2<br>Code<br>(J-P) | (2)<br>Value<br>Method3<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date-<br>Month-<br>Day | (3)<br>Value2<br>Code<br>(J-P) | (4)<br>Gain1<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | · | | | | |
| 19 (J) Hibernia Bank Common Stock | A | | K | T | Exempt | | | | Exempt |
| 20 (J) Hibernia Bank Checking 2256878 | A | Intere | J | T | Exempt | | | | Exempt |
| 21 (J) Hibernia Bank Checking 5460468 | A | Intere | J | T | Exempt | | | | Exempt |
| 22 (J) Hibernia Bank Savings 44-0635-1 | A | Intere | | | Exempt | | | | Exempt |
| 23 First National Bank of St Charles CD #9197-10, #9197-11 | B | Intere | L | T | Exempt | | | | Exempt |
| 24 New Orleans, La. Rental Property | D | Rent | N | W | Exempt | | | | Exempt |
| 25 Hahnville, La. Rental Property | D | Rent | L | W | Exempt | | | | Exempt |
| 26 Oil Royalty - St. Charles Parish  Forman Petroleum | E | Royalt | L | W | Exempt | | | | Exempt |
| 27 Oil Royalty - St. Charles Parish  Amoco Production | A | Royalt | J | W | Exempt | | | | Exempt |
| 28 Oil Royalty - St Charles Parish  Mongrue Oil | B | Royalt | J | W | Exempt | | | | Exempt |
| 29 (J) Irma-Jim Corporation | E | Distri | | | Exempt | | | | Exempt |
| 30 Amoco Common | A | Divide | J | T | Exempt | | | | Exempt |
| 31 IDS Mutual | B | Divide | L | T | Exempt | | | | Exempt |
| 32 Premier Bancorp Common | A | Divide | J | T | Exempt | | | | Exempt |
| 33 Alcoa Common | A | Divide | J | T | Exempt | | | | Exempt |
| 34 Ariel Common | A | Divide | J | T | Exempt | | | | Exempt |
| 35 Continental Mutual Investment Fund, Inc | A | Divide | J | T | Exempt | | | | Exempt |
| 36 Standard Oil Common | A | Divide | J | T | Exempt | | | | Exempt |

| 1 Income/Gain Codes<br>(See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to $5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes<br>(See Col. C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes<br>(See Col. C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lemmon, Mary A. | 12/20/95 |

**VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions**    (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.1<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>div.,<br>rent or<br>int.) | (1)<br>Value2<br>Code<br>(J-P) | (2)<br>Value<br>Method3<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemp-<br>tion) | (2)<br>Date<br>Month-<br>Day | (3)<br>Value2<br>Code<br>(J-P) | (4)<br>Gain1<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐  NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 37  John Hancock Funds | A | Divide | J | T | Exempt | | | | Exempt |
| 38  First National Bank of St. Charles #1502697 | A | Intere | J | T | Exempt | | | | Exempt |
| 39  1% of Lemmon Family Partnership | A | None | J | W | Exempt | | | | Exempt |
| 40  1/2 of 1% Laura Plantation | A | None | J | W | Exempt | | | | Exempt |
| 41  U.S. Savings Bonds Series E, purchased March 1961 | B | Intere | K | T | Exempt | | | | Exempt |
| 42  U.S. Savings Bonds Series E, purchased February 1964 | A | Intere | K | T | Exempt | | | | Exempt |
| 43  U.S. Savings Bonds Series HH, transferred July 1994 | A | Intere | K | T | Exempt | | | | Exempt |
| 44  U.S. Savings Bonds Series E, inherited March 1994 | B | Intere | K | T | Exempt | | | | Exempt |
| 45  (J) 3.31% interest in Cutrone Carline Properties | A | None | K | T | Exempt | | | | Exempt |
| 46  First National Bank of Commerce #2020-60675 | A | Intere | K | T | Exempt | | | | Exempt |
| 47  James P Vial Trust, Lots 129 & 131, Boutte Louisiana | A | None | K | W | Exempt | | | | Exempt |
| 48  James P Vial Trust, Parcel of ground, Highland Park, Norco, La. | A | None | K | W | Exempt | | | | Exempt |
| 49  Fidelity Homestead CD #100705734 | A | Intere | | | Exempt | | | | Exempt |
| 50  State Investors Savings & Loan 84269 | A | Intere | | | Exempt | | | | Exempt |
| 51  Proceeds of alligator harvest from family property | B | Distri | | | Exempt | | | | Exempt |
| 52 | | | | | | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less<br>E=$15,001 to $50,000 | B=$1,001 to $2,500<br>F=$50,001 to $100,000 | C=$2,501 to $5,000<br>G=$100,001 to $1,000,000 | D=$5,001 to $15,000<br>H=More than $1,000,000 |
|---|---|---|---|---|---|
| 2 | Value Codes: (See Col C1 & D3) | J=$15,000 or less<br>N=$250,001 to $500,000 | K=$15,001 to $50,000<br>O=$500,001 to $1,000,000 | L=$50,001 to $100,000<br>P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 | Value Method Codes: (See Col C2) | Q=Appraisal<br>U=Book Value | R=Cost (real estate only)<br>V=Other | S=Assessment<br>W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Lemmon, Mary A. | Date of Report<br>12/20/95 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

### I. POSITIONS (Cont'd.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| | Family Limited Partnership |
| General Partner | Heirs of Lydia Bergeron, wife of and Sidney J. |
| | Simmoneaux Land Partnership |
| Limited Partner | Heirs of Lydia Bergeron, wife of and Sindey J. |
| | Simmoneaux Minerals Partnership |
| Limited Partner | Cutrone/Carline Properties |
| General Partner | James P. & Irma S. Vial Partnership |

Digitized by Google

| **FINANCIAL DISCLOSURE REPORT** | **Name of Person Reporting**<br>Lemmon, Mary A. | **Date of Report**<br>12/20/95 |
|---|---|---|

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date _12/20/95_

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, 104, AND 18 U.S.C. 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Washington, D.C. 20544

Digitized by Google

FINANCIAL STATEMENT　　　Senate II.5.

NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 287 | 060 | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | 93 | 120 | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule | 118 | 707 | Notes payable to relatives | | | |
| Unlisted securities—add schedule | 4 | 753 | Notes payable to others | | | |
| Accounts and notes receivable: | | | Accounts and bills due | | | |
| Due from relatives and friends | | | Unpaid income tax | | | |
| Due from others | | | Other unpaid tax and interest | | | |
| Doubtful | | | Real estate mortgages payable—add schedule (see list of assets) | | 75 | 854 |
| Real estate owned—add schedule | 520 | 073 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | Other debts—itemize: | | | |
| Autos and other personal property | 37 | 350 | | | | |
| Cash value—life insurance | 8 | 123 | | | | |
| Other assets—itemize: | | | | | | |
| Municipal Bonds | 440 | 498 | | | | |
| State Retirement | 255 | 994 | Total liabilities | | 75 | 854 |
| Partnership | 148 | 019 | Net Worth | 1 | 837 | 843 |
| Total Assets | 1 913 | 697 | Total liabilities and net worth | 1 | 913 | 697 |

| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | None | | Are any assets pledged? (Add schedule.) | No | | |
| On leases or contracts | None | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | None | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | None | | | | | |
| Other special debt | None | | | | | |

Digitized by Google

